B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re  **Philip Abramowitz**  Case No. **14-28743**
Debtor(s)  Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Americas Servicing Co | **Describe Property Securing Debt:**<br>Residence: 7508 Labyrinth Road, Baltimore, MD 21208 (single family)<br>SDAT value is $295,600 less 10% costs of sale = $266,040<br>Debtor believes the value is $245,000 |

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  **Retain and Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Bay-Vanguard Federal Savings Bank | **Describe Property Securing Debt:**<br>3404 Elgin Avenue, Baltimore, MD 21216 (Single Family)<br>SDAT value is $122,367<br>Debtor believes the value is approximately $50,000 |

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  **Retain and Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)             Page **2**

---

**Property No. 3**

| **Creditor's Name:** <br> **Bay-Vanguard Federal Savings Bank** | **Describe Property Securing Debt:** <br> **3315 Powhatan Avenue, Baltimore, MD 21216 (single family)** <br> **SDAT value is $91,067** <br> **Debtor believes the value is approximately $75,000** |
|---|---|

Property will be (check one):
     ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain  **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** <br> **Everhome Mortgage Co/Ever Bank** | **Describe Property Securing Debt:** <br> **945 Brooks Lane, Baltimore, MD 21217 (Single Family)** <br> **SDAT value is $89,100** <br> **Debtor believes the value is approximately $40,000** |
|---|---|

Property will be (check one):
     ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain  **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:** <br> **First National Bank of Pennsylvania** | **Describe Property Securing Debt:** <br> **421 N Edgewood Street, Baltimore, MD 21229 (Single Family)** <br> **SDAT value is $41,700** <br> **Debtor believes value is approximately $22,000** |
|---|---|

Property will be (check one):
     ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other.  Explain  _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ☐ Claimed as Exempt          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                                          Page  3

### Property No. 6

| **Creditor's Name:**<br>**First National Bank of Pennsylvania** | **Describe Property Securing Debt:**<br>**2406 Elsinore Avenue, Baltimore, MD 21216 (Single Family)**<br>**SDAT value is $137,233**<br>**Debtor believes value is approximately $50,000** |

Property will be (check one):
   ■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

### Property No. 7

| **Creditor's Name:**<br>**First National Bank of Pennsylvania** | **Describe Property Securing Debt:**<br>**2515 Garrison Blvd, Baltimore, MD 21216 (2 family property)**<br>**SDAT value is $114,767**<br>**Debtor believes value is approximately $45,000** |

Property will be (check one):
   ■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

### Property No. 8

| **Creditor's Name:**<br>**First National Bank of Pennsylvania** | **Describe Property Securing Debt:**<br>**4028 Fairfax Road, Baltimore, MD 21216 (Single Family)**<br>**SDAT value is $83,900**<br>**Debtor believes value is approximately $20,000**<br>**Other Tenant in Common is Yochai Robkin** |

Property will be (check one):
   ■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                   ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                    Page 4

### Property No. 9

**Creditor's Name:**
**First National Bank of Pennsylvania**

**Describe Property Securing Debt:**
**3302 Walbrook Ave, Baltimore, MD 21216 (Single Family)**
**SDAT value is $141,367**
**Debtor believes property is worth approximately $40,000**

Property will be (check one):
   ■ Surrendered                                 ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                           ■ Not claimed as exempt

### Property No. 10

**Creditor's Name:**
**First National Bank of Pennsylvania**

**Describe Property Securing Debt:**
**4106 Belvieu Ave, Baltimore, MD 21215 (Single Family)**
**SDAT value is $118,067**
**Debtor believes the value is approximately $40,000**

Property will be (check one):
   ■ Surrendered                                   ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                           ■ Not claimed as exempt

### Property No. 11

**Creditor's Name:**
**Fraternity Federal Savings Bank and Loan**

**Describe Property Securing Debt:**
**3713 Chatham Road, Baltimore, MD 21215 (Single Family)**
**SDAT value is $126,833**
**Debtor believes the value is approximately $55,000**

Property will be (check one):
   ☐ Surrendered                                   ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain **Retain and Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                           ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Fraternity Federal Savings Bank and Loan** | **Describe Property Securing Debt:**<br>**2701 Allendale Road, Baltimore, MD 21216 (Single Family)**<br>**SDAT value is $144,767**<br>**Debtor believes value is approximately $65,000** |

Property will be (check one):
  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain   **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Fraternity Federal Savings Bank and Loan** | **Describe Property Securing Debt:**<br>**3411 Bateman Avenue, Baltimore, MD 21216 (Single Family)**<br>**SDAT value is $107,633**<br>**Debtor believes the value is approximately $65,000** |

Property will be (check one):
  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain   **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Peoples Bank, A Codorus Valley Company** | **Describe Property Securing Debt:**<br>**2804 Silver Hill Ave, Baltimore, MD 21207 (Single Family)**<br>**SDAT Value is $86,833**<br>**Debtor believes the value is approximately $35,000** |

Property will be (check one):
  ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain   **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)  Page 6

**Property No. 15**

| **Creditor's Name:**<br>**Peoples Bank, A Codorus Valley Company** | **Describe Property Securing Debt:**<br>**2817 W Garrison Avenue, Baltimore, MD 21215 (Single Family)**<br>**SDAT Value is $71,267**<br>**Debtor believes the value is approximately $15,000** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

**Property No. 16**

| **Creditor's Name:**<br>**Peoples Bank, A Codorus Valley Company** | **Describe Property Securing Debt:**<br>**5805 Gwynn Oak Avenue, Baltimore, MD 21207 (Single Family)**<br>**SDAT value is $116,400**<br>**Debtor believes the value is approximately $45,000** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

**Property No. 17**

| **Creditor's Name:**<br>**Pnc Bank** | **Describe Property Securing Debt:**<br>**2307 Mosher Street, Baltimore, MD 21216 (Single Family)**<br>**SDAT value is $65,000**<br>**Debtor believes value is approximately $20,000** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  **Retain and Pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)      Page 7

### Property No. 18

| Creditor's Name:<br>PNC Bank | Describe Property Securing Debt:<br>Residence: 7508 Labyrinth Road, Baltimore, MD 21208 (single family)<br>SDAT value is $295,600 less 10% costs of sale = $266,040<br>Debtor believes the value is $245,000 |
|---|---|

Property will be (check one):
    ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain  __Retain and Pay__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt      ■ Not claimed as exempt

### Property No. 19

| Creditor's Name:<br>Shai Robkin | Describe Property Securing Debt:<br>4012 Eldorado Avenue, Baltimore, MD 21215 (single family)<br>SDAT value is $144,267<br>Debtor believes the value is approximately $45,000 |
|---|---|

Property will be (check one):
    ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain  __Retain and Pay__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt      ■ Not claimed as exempt

### Property No. 20

| Creditor's Name:<br>Shai Robkin | Describe Property Securing Debt:<br>4212 Fernhill Avenue, Baltimore, MD 21215 (single family)<br>SDAT value is $87,667<br>Debtor believes the value is approximately $30,000 |
|---|---|

Property will be (check one):
    ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain  __Retain and Pay__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt      ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 8

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>Shai Robkin | **Describe Property Securing Debt:**<br>**3710 Barrington Road, Baltimore, MD (single family)**<br>**SDAT value is $124,667**<br>**Debtor believes the value is approximately $60,000** |

Property will be (check one):
 ☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain and Pay__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt   ■ Not claimed as exempt

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br>Shai Robkin | **Describe Property Securing Debt:**<br>**3315 Powhatan Avenue, Baltimore, MD 21216 (single family)**<br>**SDAT value is $91,067**<br>**Debtor believes the value is approximately $75,000** |

Property will be (check one):
 ☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain and Pay__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt   ■ Not claimed as exempt

| Property No. 23 | |
|---|---|
| **Creditor's Name:**<br>Shai Robkin | **Describe Property Securing Debt:**<br>**5707 Winner Avenue, Baltimore, MD 21215 (single family)**<br>**SDAT value is $129,500**<br>**Debtor believes the value is $30,000** |

Property will be (check one):
 ☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain __Retain and Pay__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt   ■ Not claimed as exempt

B8 (Form 8) (12/08)

Page 9

| Property No. 24 | |
|---|---|
| **Creditor's Name:**<br>TD Bank, N.A. | **Describe Property Securing Debt:**<br>2908 N Loudon Avenue, Baltimore, MD 21216 (Single Family)<br>SDAT value is $64,400<br>Debtor believes the property is worth $100,000 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  __Retain and Pay__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 10

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Antoinette Richardson | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 2 | | |
| **Lessor's Name:**<br>Brenda Stewart | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 3 | | |
| **Lessor's Name:**<br>Jerica Skinner | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 4 | | |
| **Lessor's Name:**<br>John Campbell | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 5 | | |
| **Lessor's Name:**<br>Marcus Raymond Green | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 6 | | |
| **Lessor's Name:**<br>Melissa Zeigler | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 7 | | |

B8 (Form 8) (12/08)                                                                                       Page 11

| **Lessor's Name:**<br>Naeemah Davis | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
|---|---|---|
| Property No. 8 | | |
| **Lessor's Name:**<br>Nicole Crowder | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
| Property No. 9 | | |
| **Lessor's Name:**<br>Roberta Weems | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
| Property No. 10 | | |
| **Lessor's Name:**<br>Ryan Hair | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
| Property No. 11 | | |
| **Lessor's Name:**<br>Seanette Smith and Theadorsha Owens | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
| Property No. 12 | | |
| **Lessor's Name:**<br>Sharonda Noakes | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |
| Property No. 13 | | |
| **Lessor's Name:**<br>Sheli Ford | **Describe Leased Property:**<br>Debtor is Landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

B8 (Form 8) (12/08)

Page 12

| Property No. 14 | | |
|---|---|---|
| **Lessor's Name:**<br>**Tyra Richardson** | **Describe Leased Property:**<br>**Debtor is Landlord** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March  2, 2015**                   Signature  **/s/ Philip Abramowitz**
                                                        **Philip Abramowitz**
                                                        Debtor