IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE | * | |
| | * | |
| PHILIP ABRAMOWITZ | * | CASE NO. 14-28743-NVA |
| | * | (CHAPTER 7) |
| DEBTOR. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT
## OF DEBTOR'S INTEREST IN REAL PROPERTY

TO CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE OF THE TRUSTEE'S PROPOSED ABANDONMENT OF PROPERTY OF THE ESTATE IS HEREBY PROVIDED. Pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, Joseph J. Bellinger, Chapter 7 Trustee (the "Trustee") in the above-captioned bankruptcy case, proposes to abandon certain property of the bankruptcy estate because the property is burdensome to the estate and is of inconsequential value and benefit to the estate. Specifically, the Trustee proposes to abandon the following property (the "Property"):

**2908 N. LOUDON AVENUE, BALTIMORE CITY, MARYLAND 21216**

The Debtor has a contract to purchase the Property for $229,000 and after payment of mortgage liens and costs of sale, the cash proceeds to seller will be less than $500. The purchaser has a financial needs-based grant from the City of Baltimore for payment of her closing costs that will expire and be granted to another applicant if the purchaser does not use the grant funds by a certain deadline. By filing this Notice of Abandonment, the Property will re-vest in the Debtor so that the Debtor will be authorized to convey his interest in the Property to the purchaser.

PLEASE TAKE FURTHER NOTICE that an objection to the Trustee's proposed abandonment of the Property must be made on or before <u>April 14, 2015</u> (within fifteen (15) days of the date of this Notice). All objections must be made in writing, filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201, and served upon the undersigned Trustee at the address below. A copy should also be served upon the Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 2101. If no timely objection to the Notice is filed, the Property shall be deemed abandoned without further order or notice. If an objection is timely filed, the Court may conduct a hearing or may rule upon the objection without a hearing, in the Court's discretion. Any objection must state the facts and legal grounds upon which the objection is based. Any creditor or party in interest having questions regarding the subject matter of this Notice may contact the undersigned at the address and phone number below.

DATED: March 30, 2015   /s/ *Joseph J. Bellinger*    , Esquire
Joseph J. Bellinger, Esquire (Bar No. 08394)
Offit Kurman, P.A.
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
(410) 209-6415
jbellinger@offitkurman.com
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE OF NOTICE OF ABANDONMENT

I HEREBY CERTIFY that, on the 30th day of March 2015, a copy of the foregoing Notice of Chapter 7 Trustee's Proposed Abandonment of Property was served via first-class mail, postage prepaid, to:

Alon Nager, Esquire
Nager Law Group, LLC
5850 Waterloo Road
Suite 140
Columbia, MD 21045

Debtors:
Philip Abramowitz
7508 Labyrinth Road
Pikesville, MD 21208

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

And all creditors and parties in interest on the attached mailing matrix for this case as of the date of this Notice.

/s/ *Joseph J. Bellinger, Esquire*
Joseph J. Bellinger, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 14-28743<br>District of Maryland<br>Baltimore<br>Mon Mar 30 14:52:58 EDT 2015 | CFS-4 II, LLC<br>c/o Stephanie H. Hurley, Esq.<br>Hofmeister, Breza & Leavers<br>11350 McCormick Road<br>Executive Plaza III, Suite 1300<br>Hunt Valley, MD 21031-1002 | Americas Servicing Co<br>P.o. Box 10328<br>Des Moines, IA 50306-0328 |
| BGE<br>P.O. Box 13070<br>Philadelphia, PA 19101-3070 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| City of Baltimore<br>P.O. Box 17535<br>Baltimore, MD 21297-1535 | City of Baltimore Metered Water<br>200 Holliday St<br>Baltimore, MD 21202-3618 | Comptroller of Maryland<br>Revenue Administration Division<br>110 Carroll St.<br>Annapolis, MD 21411-0001 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Dena Abramowitz<br>7508 Labyrinth Road<br>Pikesville, MD 21208-4519 | Deputy County Attorney<br>Baltimore County Office of Law<br>400 Washington Avenue, 2nd Floor<br>Towson, MD 21204-4606 |
| Everhome Mortgage Co/Ever Bank<br>Attn: Bankruptcy Department<br>301 West Bay Street<br>Jacksonville, FL 32202-5184 | Hofmeister, Breza and Leavers<br>11350 McCormick Road<br>Suite 1300 Exec Pl III<br>Hunt Valley, MD 21031-1002 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| L J Ross Associates In<br>4 Universal Way<br>Jackson, MI 49202-1455 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | Pnc Bank, N.a.<br>Po Box 3180<br>Pittsburgh, PA 15230-3180 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 | Syncb/tjx Cos Dc<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Y&S Properties LLC<br>2914 Allendale Road<br>Baltimore, MD 21216-1718 | Yochai Robkin<br>3628 Diamondhead Drive<br>Plano, TX 75075-1552 |
| Alon Nager<br>Nager Law Group, LLC<br>5850 Waterloo Road<br>Suite 140<br>Columbia, MD 21045-1944 | Joseph J. Bellinger<br>Offit Kurman<br>300 E. Lombard Street<br>Suite 2010<br>Baltimore, MD 21202-3549 | Philip Abramowitz<br>7508 Labyrinth Road<br>Pikesville, MD 21208-4519 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) EverBank

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27